

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00576-CR

BELANDA FAYE PRUITT, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the County Court at Law No. 1 and Probate Court of Brazoria County
(Tr. Ct. No. 209426)

**TO THE COUNTY COURT AT LAW NO. 1 AND PROBATE COURT OF BRAZORIA COUNTY, GREETINGS:**

Before this Court, on the 29th day of September, 2015, the cause upon appeal to revise or to reverse your judgment signed on June 8, 2015 was determined. This Court made its order in these words:

> After due consideration, the Court **grants** the motion to dismiss this appeal filed by the appellant, Belanda Faye Pruitt. It is therefore **CONSIDERED**, **ADJUDGED**, and **ORDERED** that the appeal be **dismissed**. It is further **ORDERED** that this decision be certified below for observance.
>
> Judgment rendered September 29, 2015.
>
> Judgment rendered by panel consisting of Justices Keyes, Massengale, and Lloyd.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 4, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

